IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONATO V. ESTRADA,

    Petitioner,                                   No. CIV S-06-1764 FCD CMK P

    vs.

CALIFORNIA BOARD OF PRISON TERMS, et al.,

    Respondents.

_____/             ORDER

    Petitioner, Donato Estrada, filed a pro se federal habeas corpus petition pursuant to 28 U.S.C. § 2254 in this court on August 10, 2006.

    Mr. Estrada filed a previous federal habeas corpus application with this Court on February 28, 2002. <u>Estrada v. Terhune</u>, No. Civ. S 02-0440 WBS JFM. The petition was denied on the merits on August 16, 2004, and on January 1, 2006, the Ninth Circuit affirmed the judgment. Because Mr. Estrada filed a previous federal habeas corpus application that was denied on the merits, the application filed on August 10, 2006 is a "successive habeas corpus application" within the meaning of 28 U.S.C. § 2244. Before filing such a petition, "the applicant shall move in the appropriate court of appeals for an order authorizing the district court to consider the application." 28 U.S.C. § 2244(b)(3)(A).

1 | Because Mr. Estrada has not been granted leave by the Ninth Circuit to file a
2 | second or successive habeas corpus application, this Court lacks jurisdiction to entertain the
3 | November 30, 2005 application. Cooper v. Calderon, 274 F.3d 1270, 1274 (9th Cir. 2001);
4 | Nuñez v. United States, 96 F.3d 990, 991 (7th Cir. 1996). Accordingly, this action shall be
5 | transferred, pursuant to 28 U.S.C. § 1631, to the Ninth Circuit Court of Appeals. See United
6 | States v. Barrett, 178 F.3d 34, 41 n.1 (1st Cir. 1999); Coleman v. United States, 106 F.3d 339,
7 | 341 (10th Cir. 1997) (per curiam); In re Sims, 111 F.3d 45, 47 (6th Cir. 1997); Liriano v. United
8 | States, 95 F.3d 119, 122-23 (2d Cir. 1996).

IT IS SO ORDERED.

DATED: August 22, 2006.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE