1
2
3
4
5
6
7

8        IN THE UNITED STATES DISTRICT COURT

9        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DONATO V. ESTRADA,

11        Petitioner,                          No. CIV S-06-1764 FCD CMK P

12        vs.

13   CALIFORNIA BOARD OF PRISON TERMS, et al.,

14        Respondents.

15   _____/          ORDER

16        Petitioner, Donato Estrada, filed a pro se federal habeas corpus petition pursuant

17   to 28 U.S.C. § 2254 in this court on August 10, 2006.

18        Mr. Estrada filed a previous federal habeas corpus application with this Court on

19   February 28, 2002. <u>Estrada v. Terhune</u>, No. Civ. S 02-0440 WBS JFM.  The petition was denied

20   on the merits on August 16, 2004, and on January 1, 2006, the Ninth Circuit affirmed the

21   judgment.  Because Mr. Estrada filed a previous federal habeas corpus application that was

22   denied on the merits, the application filed on August 10, 2006 is a "successive habeas corpus

23   application" within the meaning of 28 U.S.C. § 2244.  Before filing such a petition, "the

24   applicant shall move in the appropriate court of appeals for an order authorizing the district court

25   to consider the application."  28 U.S.C. § 2244(b)(3)(A).

26

1       Because Mr. Estrada has not been granted leave by the Ninth Circuit to file a
2 second or successive habeas corpus application, this Court lacks jurisdiction to entertain the
3 November 30, 2005 application.  Cooper v. Calderon, 274 F.3d 1270, 1274 (9th Cir. 2001);
4 Nuñez v. United States, 96 F.3d 990, 991 (7th Cir. 1996).  Accordingly, this action shall be
5 transferred, pursuant to 28 U.S.C. § 1631, to the Ninth Circuit Court of Appeals.  See United
6 States v. Barrett, 178 F.3d 34, 41 n.1 (1st Cir. 1999); Coleman v. United States, 106 F.3d 339,
7 341 (10th Cir. 1997) (per curiam); In re Sims, 111 F.3d 45, 47 (6th Cir. 1997); Liriano v. United
8 States, 95 F.3d 119, 122-23 (2d Cir. 1996).
9       IT IS SO ORDERED.
10 DATED:  August 22, 2006.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE